STATE v. FLOYD

No. 85 PC.

Case below: 19 N.C. App. 580.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 December 1973.


STATE v. HICKS

No. 82 PC.

Case below: 19 N.C. App. 587.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 December 1973.


STATE v. HOUSTON

No. 97 PC.

Case below: 19 N.C. App. 542.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 December 1973.


STATE v. LYLES

No. 90 PC.

Case below: 19 N. C. App. 632.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 December 1973. Motion of Attorney General to dismiss appeal allowed 4 December 1973.


STATE v. SADLER

No. 93 PC.

Case below: 19 N.C. App. 641.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 December 1973. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 December 1973.